In re MAYOR, ETC., OF CITY OF SCHENECTADY. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) In the matter of the petition of the mayor, etc., of the city of Schenectady, under section 62 of the Railroad Law (Heydecker's Gen. Laws, p. 3291, c. 39) and chapter 376, p. 968, of the Laws of 1902, as to changing certain grade crossings of the New York Central & Hudson River Railroad and the railroad operated by the Delaware & Hudson Company in that city from grade to under crossings. No opinion. Motion denied.

MEIER, Appellant, v. RUSSELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by George Meier against Thomas F. Russell and David Crutchfield. No opinion. Order affirmed, with $10 costs and disbursements.

MENTZINGER, Appellant, v. GALLAVAN, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Christian F. Mentzinger against Edgar R. Gallavan. No opinion. Judgment of the Municipal Court affirmed, with costs.

METCALFE, Respondent, v. GORDON et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by George Metcalfe against Louis Gordon and others. No opinion. Motion denied.

In re MINER'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) In the matter of the estate of Heman D. Miner, deceased. No opinion. Appeal dismissed, without costs, upon stipulation.

MOLITOR, Respondent, v. NORTHAMPTON PORTLAND CEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by George A. Molitor against the Northampton Portland Cement Company. No opinion. Judgment affirmed, with costs.

MONTESI, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Edward G. Montesi against the Press Publishing Company. No opinion. Judgment and order unanimously affirmed, with costs.

MONTESI, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by Edward G. Montesi against the Press Publishing Company. No opinion. Motion denied.

MOORHEAD v. WEBSTER. (Supreme Court, Appellate Division, First Department. February 13, 1903.) Action by Silas E. Moorhead against David Webster. See memorandum. See, also, 77 N. Y. Supp. 1062.

MORRELL, Appellant, v. BOSTON & M. R. R., Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Emma E. Morrell, as administratrix, etc., against the Boston & Maine Railroad.

PER CURIAM. Judgment affirmed, with costs.

SMITH, J., dissents.

MOTT et al., Appellants, v. SPICER et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Margaret B. Mott and others against John D. Spicer and others. No opinion. Judgment and order unanimously affirmed, with costs.

In re MT. VERNON TRUST CO. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) In the matter of the application of the Mt. Vernon Trust Company to be designated as a deposit bank, etc. No opinion. Report of referee confirmed.

MOWBRAY, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by William E. Mowbray against Henrietta Levy. No opinion. Motion denied.

MULRY v. MULRY. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Lucy Mulry against Lawrence V. Mulry. No opinion. Motion denied.

In re MURPHY. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) In the matter of the application of Clarence H. Murphy for admission to the bar. No opinion. Application granted.

MURPHY, Respondent, v. HOGAN, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Mary C. Murphy against Cecilia Hogan, as executrix. F. Woodbridge, for appellant. H. B. Wesselman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MURPHY, Respondent, v. KLEIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Elizabeth Murphy against Martin Klein, the name "Martin" being fictitious. No opinion. Permission granted to withdraw appeal on payment of $10 costs.

MURRAY et al. v. MILLER et al. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by William Murray and others against Walter T. Miller and others. Submission of controversy on agreed case. Judgment for plaintiffs. Benjamin N. Cardozo, for plaintiffs. A. C. Brown, for defendants.

INGRAHAM, J. The question presented upon this appeal is the same as that presented in William Murray v. Walter T. Miller (decided herewith) 83 N. Y. Supp. 591; and for the